UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 16631
    CARLOS D MATLOCK
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-7531

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/27/08 .

    2.  The case was dismissed without confirmation, 11/07/2008.

    3.  The Debtor paid a total of $   794.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET MUNICIPAL EMPLOYE | SECURED | .00 | .00 | 581.86 |
| WESTGATE RESORTS | SECURED | .00 | .00 | 170.06 |
| CLERK OF CIRCUIT COURT C | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED     OTHER      TOTAL
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 751.92 | .00 | .00 | .00 | 751.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 751.92 | .00 | .00 | .00 | 751.92 |

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $  3450.00
and was paid $   1175.00 direct and $      .00  through the plan.

The Trustee received $    42.08 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/10/09                      /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```